**In re: Robert M. WILSON, Petitioner.**

**No. 06–6540.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2006.

Decided: Aug. 14, 2006.

Robert M. Wilson, Petitioner Pro Se.

Before KING, GREGORY, and
SHEDD, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Robert M. Wilson petitions for writ of
mandamus seeking an order reopening his
federal habeas petition under 28 U.S.C.
§ 2241 (2000). The district court dis-
missed Wilson's habeas petition, originally
asserted under 28 U.S.C. § 2254 (2000), as
time-barred. In the instant mandamus pe-
tition, Wilson asks this court to direct the
district court to reopen his petition under
§ 2241. We conclude that Wilson is not
entitled to mandamus relief.

Mandamus relief is available only when
the petitioner has a clear right to the relief
sought. *In re First Fed. Sav. & Loan
Ass'n,* 860 F.2d 135, 138 (4th Cir.1988).
Further, mandamus is a drastic remedy
and should be used only in extraordinary
circumstances. *Kerr v. United States
Dist. Court,* 426 U.S. 394, 402, 96 S.Ct.
2119, 48 L.Ed.2d 725 (1976); *In re Beard,*
811 F.2d 818, 826 (4th Cir.1987). Manda-
mus may not be used as a substitute for
appeal. *In re United Steelworkers,* 595
F.2d 958, 960 (4th Cir.1979).

The relief sought by Wilson is not avail-
able by way of mandamus. Accordingly,
we deny the petition for writ of mandamus.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*PETITION DENIED.*